BROWN AND SEELYE PLLC
Ellen Ann Brown Esq.
Susan H. Seelye Esq.
744 South Fawcett Ave
Tacoma, WA 98402
Telephone   253-573-1958
Facsimile   253-274-1200

HONORABLE MARY JO HESTON
HEARING DATE: April 9, 2020
TIME: 1:00 pm
RESPONSE DATE: April 2, 2020
Chapter 13
Tacoma, WA

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

Re

CHRISTOPHER STEVEN EPLEY
LAURA ELLEN EPLEY

Debtor(s)
_____

In Chapter 13 Proceeding

No. 118-43131-MJH

RESPONSE TO TRUSTEE'S MOTION TO DISMISS

COMES NOW the above-referenced debtor(s) through their attorneys of record and states:

The Debtors have fallen behind on their payments and with the current coronavirus crisis in place have uncertain employment for the near future.  The Debtors agree to the dismissal of their bankruptcy at this time and will refile when their circumstances have changed and employment is certain.

Dated March 19, 2020.


 /s/ Ellen Ann Brown
_____
ELLEN ANN BROWN WSB#27992
Attorneys for Debtor(s)